**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**GEORGE AMEIL SCHWINDLING**                                          **PETITIONER**

**V.**                                          **CIVIL ACTION NO.: 3:12-CV-642- HTW-LRA**

**RONALD KING AND STATE OF MISSISSIPPI**                                 **RESPONDENTS**

<u>**ORDER ADOPTING REPORT AND RECOMMENDATION**</u>
<u>**AND DISMISSING CASE WITHOUT PREJUDICE**</u>

This matter comes before this court on the respondents' motion to dismiss [docket no. 11], and the Report and Recommendation of United States Magistrate Judge F. Keith Ball [docket no. 18]. The petitioner has failed to file objections to the Report and Recommendation.

Judge Ball, in the Report and Recommendation, recommends that this court dismiss the petitioners lawsuit without prejudice for failure to exhaust state remedies. Judge Ball's Report and Recommendation clearly notified the parties in this case that failure to file written objections to the findings and recommendations contained therein within fourteen (14) days from the date of filing would bar further appeal in accordance with Title 28 U.S.C. § 636. This court, finding that none of the parties has submitted written objections, hereby adopts said Report and Recommendation as the order of this court.

**IT IS THEREFORE ORDERED** that this case is dismissed without prejudice for the reasons set out in the Report and Recommendation of the United States Magistrate Judge.

**SO ORDERED AND ADJUDGED, this the 29th day of July, 2013.**

**/s/ Henry T. Wingate**
**UNITED STATES DISTRICT JUDGE**